IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RUSSELL K. HILL**                                                                  **PETITIONER**

**V.**                                                                                     **NO. 4:22-CV-184-DMB-DAS**

**WARDEN C. LODEN**                                                     **RESPONDENT**

## ORDER

On or about November 30, 2022, Russell K. Hill filed in the United States District Court for the Northern District of Mississippi a pro se petition for a writ of habeas corpus and a pro se motion to proceed in forma pauperis. Docs. #1, #2. However, Hill filed only one of the two pages of the standard form for a motion to proceed in forma pauperis. Doc. #2. On December 6, 2022, the Court ordered Hill "to either pay the filing fee of $5.00 or submit a proper request to proceed *in forma pauperis*" within 30 days and warned Hill that "failure to comply … may lead to the dismissal of his petition." Doc. #4. A copy of such order was mailed to Hill. Because, to date, Hill has neither paid the filing fee nor filed a completed copy of the proper form, this habeas action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for Hill's failure to prosecute and failure to comply with a court order.

**SO ORDERED**, this 18th day of January, 2023.

                                                                                       /s/Debra M. Brown
                                                                                       **UNITED STATES DISTRICT JUDGE**